IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNA WRIGHT, | No. C-06-05250 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| DOUGLAS R BURGESS LAW OFFICE, LLC, | |
| Defendant. | |

The Case Management Conference in this matter, currently scheduled for November 28, 2006, is hereby continued until January 30, 2007, at 10:00 a.m., before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, in order to allow Plaintiff time to complete service on Defendant. Plaintiff shall exercise all good faith efforts to timely serve Defendant in the next 30 days.

**IT IS SO ORDERED.**

Dated: November 20, 2006



ELIZABETH D. LAPORTE
United States Magistrate Judge